UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Cesar Martin Estela, Esq.
35 James Street
Newark, New Jersey 07102
(973) 733-4940 (Tel)
(973) 771-5041 (Fax)
(NJ Bar No. 01025-2009)
Attorney for Petitioner

| | |
|---|---|
| Carlos Leonardo GONZALEZ TAMAY,<br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, Attorney General of the United States;<br>MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security;<br>TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; and<br>LUIS SOTO, Warden, Delaney Hall Detention Facility,<br><br>Respondents. | Civil Action No. 2:26-cv-10426<br><br>**HON. EVELYN PADIN., U.S.D.J.**<br><br>**STIPULATION TO VOLUNTARY DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Petitioner Carlos Leonardo Gonzalez Tamay and Respondents Todd Blanche, Markwayne Mullin, Todd M. Lyons, and Luis Soto, through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned Habeas Corpus action and all claims asserted therein be, and hereby are, **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear their own costs, expenses, and attorneys' fees associated with this action.

Dated: 08/27/2026

Respectfully submitted,

_____/s/ Cesar Martin Estela________
CESAR MARTIN ESTELA, ESQ.
COUNSEL FOR PETITIONER
35 James Street,
Newark, New Jersey 07102

/s/ *Alicia Gonzalez*
ALICIA GONZALEZ, ESQ.
COUNSEL FOR RESPONDENTS
970 Broad Street, Ste 700
Newark, New Jersey 07102

**So Ordered** **/s/ Evelyn Padin, U.S.D.J.**
**August 28, 2026**